UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL NO. 1:24-cv-00167-JAW |
| | ) | |
| 414 EAST KENNEBEC ROAD MACHIAS, MAINE | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF CLAIM

I, Fanny Sun, being first duly sworn under oath, state the following facts, which are true to the best of my knowledge and belief:

1. I am an adult over the age of majority, residing in Massachusetts, and make this affidavit by my free act and deed.

2. I am the owner of record for HBA Properties, LLC, which is the owner of record for 414 East Kennebec Road, Machias, Maine. (ECF No. 1).

3. On behalf of HBA Properties, LLC, I hereby make claim to such property.

Dated: 03/10/2025

_____
Fanny Sun

1

STATE OF NEW YORK                              March 10, 2025

__Kings__, ss.

Personally appeared the above-named Fanny Sun and swore that the above information is true, based upon her personal knowledge, and where stated upon information and belief, the affiant believes the information to be true.

Before me,

_____
Notary Public

September 14, 2027
_____
Commission Expiration Date

```
ALFREDO TAPIA
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02TA6330365
QUALIFIED IN KINGS COUNTY
MY COMMISSION EXPIRES SEPTEMBER 14, 2027
```

2

# CERTIFICATE OF SERVICE

I, Seth T. Russell, Esq, Local Counsel for Claimants Fanny Sun and HBA Properties, LLC, hereby certify that I have caused the aboveNOTICE OF CLAIM to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record, including the Government Attorney designated under Rule G(4)(a)(ii)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

Dated this 13th day of March 2025 in Portland Maine.

Respectfully Submitted,

/s/ Seth T. Russell
Bar No. 6485
ZERILLO LAW FIRM, LLC
1250 Forest Avenue, Ste 3A
Portland, ME 04103
seth@zerillolaw.com

Counsel for Fanny Sun and
HBA Properties, LLC